OLYMPIA G. FUSCO *v.* TOWN OF EAST HAVEN
(AC 18715)

Foti, Landau and Daly, Js.

Argued October 27—officially released November 23, 1999

Per Curiam. The judgment is affirmed.

EMANUEL SBONA *v.* CITY OF MIDDLETOWN
(AC 18404)

Foti, Landau and Daly, Js.

Argued October 27—officially released November 23, 1999

Per Curiam. The decision of the workers' compensation review board is affirmed.

CHRISTINA TRUDEAU *v.* WILLIAM A. TRUDEAU, JR.
(AC 19494)

Landau, Schaller and Vertefeuille, Js.

Submitted on briefs November 3—officially released November 23, 1999

Per Curiam. The judgment is affirmed.